IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| WARREN PASCHAL, JR, | : | |
| Plaintiff, | : | |
| VS. | : | CIVIL NO: 4:22-CV-58-CDL-MSH |
| Sheriff GREGORY COUNTRYMAN, | : | |
| Defendant. | : | |

## ORDER

Presently pending before the Court is a document filed by *pro se* Plaintiff Warren Paschal, Jr., an inmate in the Muscogee County Jail in Columbus, Georgia, that has been docketed as a Complaint seeking relief pursuant to 42 U.S.C. § 1983 (ECF No. 1). A review of Court records reveals, however, that Plaintiff's Complaint raises the same claims Plaintiff has raised in another case pending before the Court, *Paschal v. Petty*, 4:22-cv-00019-CDL-MSH (M.D. Ga. Jan. 24, 2022) ("*Paschal I*").

"As part of its general power to administer its docket, a district court may stay or dismiss a suit that is duplicative" of one already pending in federal court. *Curtis v. Citibank*, 226 F.3d 133, 138 (2d Cir. 2000). "[A] suit is duplicative of another suit if the parties, issues, and available relief do not significantly differ between the two actions." *I.A. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986). "Trial courts are afforded broad discretion in determining whether to stay or dismiss litigation in order to avoid duplicating a proceeding already pending in another federal court." *Id.* at 1551-52.

In his Complaint in this case, Plaintiff contends that Defendant Countryman, the Muscogee County Sheriff, has failed to provide him with adequate medical care for a hernia.  Compl. 1, ECF No. 1.  Those claims are already pending in *Paschal I*, and Defendant Countryman is a named Defendant in that case.   The present action is therefore duplicative of one already pending in this Court and shall be **DISMISSED without prejudice** for this reason.  See *Curtis*, 226 F.3d at 138.  Plaintiff may move to amend his Complaint in *Paschal I* if he finds it necessary to include in *Paschal I* any of the claims or factual allegations made in his Complaint in this case.

**SO ORDERED**, this _16th day of March, 2022.

                                      S/Clay D. Land
                                      CLAY D. LAND
                                      U.S. DISTRICT COURT JUDGE
                                      MIDDLE DISTRICT OF GEORGIA